1  LATHAM & WATKINS LLP
   Melanie M. Blunschi (CA Bar No. 234264)
2    melanie.blunschi@lw.com
   Elizabeth J. Cheng (CA Bar No. 342131)
3    liz.cheng@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
5  Facsimile:  +1.415.395.8095

6  *Attorneys for Defendants Michael Rapino,
   Gregory B. Maffei, Maverick Carter, Ping
7  Fu, Jeffrey T. Hinson, Chad Hollingsworth,
   Jimmy Iovine, James S. Kahan, Randall T.
8  Mays, Latriece Watkins, Rich Paul, Dana
   Walden and Nominal Defendant Live Nation
9  Entertainment, Inc.*

10 [Additional Counsel on Signature Page]

11

12                 **UNITED STATES DISTRICT COURT**

13                 **CENTRAL DISTRICT OF CALIFORNIA**

14                         **EASTERN DIVISION**

15

| | |
|---|---|
| MARK STEVEN ZWICK, Derivatively on Behalf of Nominal Defendant LIVE NATION ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RAPINO, GREGORY B. MAFFEI, MAVERICK CARTER, PING FU, JEFFREY T. HINSON, CHAD HOLLINGSWORTH, JIMMY IOVINE, JAMES S. KAHAN, RANDALL T. MAYS, LATRIECE WATKINS, RICH PAUL, and DANA WALDEN, <br><br> Defendants, <br><br> and <br><br> LIVE NATION ENTERTAINMENT, INC., <br><br> Nominal Defendant. | CASE No. 2:23-cv-09520-KK (ASx) <br><br> **STIPULATION REGARDING STAY OF DERIVATIVE ACTION** |

Plaintiff Mark Steven Zwick ("Plaintiff"), derivatively on behalf of Live Nation Entertainment, Inc. ("Live Nation") and Defendants Michael Rapino, Gregory B. Maffei, Maverick Carter, Ping Fu, Jeffrey T. Hinson, Chad Hollingsworth, Jimmy Iovine, James S. Kahan, Randall T. Mays, Latriece Watkins, Rich Paul, Dana Walden ("Individual Defendants") and Nominal Defendant Live Nation (together with the Individual Defendants, the "Defendants," and together additionally with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the attached Order approving this stipulation:

WHEREAS, on August 4, 2023, the case captioned *Donley v. Live Nation Entertainment Inc, et al.*, No. 2:23-cv-06343-KK (ASx), was filed in the United States District Court for the Central District of California, which purports to allege violations of federal securities laws by Live Nation and Messrs. Rapino and Joe Berchtold on behalf of a putative class of shareholders (the "Securities Action");

WHEREAS, on November 10, 2023, Plaintiff filed his Verified Shareholder Derivative Complaint (the "Complaint," Dkt. 1) commencing this Derivative Action;

WHEREAS, this Derivative Action is related to the Securities Action, and the factual allegations underlying this Derivative Action substantially overlap with those underlying the Securities Action (Dkt. 2 at 3);

WHEREAS, on December 22, 2023, Live Nation and Messrs. Rapino and Berchtold moved to dismiss the Securities Action, and discovery in that action is stayed pending resolution of any and all motions to dismiss;

WHEREAS, the Parties agree that the resolution of the motion(s) to dismiss in the Securities Action may help inform the Parties and Court on the manner in which the Derivative Action should proceed, and that if discovery should proceed in either case, there may be benefits to coordination;

WHEREAS, in the interest of judicial economy, conservation of resources, and the efficient resolution of both actions, the Parties agree that this Derivative Action should be temporarily stayed in its entirety through the final resolution of any and all motion(s) to dismiss the Securities Action, including any appeals;

NOW, THEREFORE, IT IS HERBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to the approval of the Court, as follows:

1. Defendants waive service of the summons and Complaint in this Derivative Action but retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons;

2. This Derivative Action is stayed in its entirety through the final resolution of any and all motion(s) to dismiss the Securities Action, including any appeals, and Defendants have no obligation to answer or otherwise respond to the Complaint at this time;

3. Defendants shall promptly notify Plaintiff of any related derivative lawsuits against them or any demands under Section 220 of the Delaware General Corporation Law that they receive that are based on the same or substantially similar allegations as this Derivative Action;

4. If another derivative lawsuit arising out of the same or substantially similar facts is not stayed for the same or longer duration as the stay of this Derivative Action, Plaintiff may terminate the stipulated stay upon 30 days written notice via email to counsel for Defendants;

5. Within 14 days of the termination of the stay, the Parties shall meet and confer and submit a proposed scheduling order governing any further proceedings in this Derivative Action, including any date by which Defendants must answer or otherwise respond to the Complaint;

6. Notwithstanding the stay, Defendants shall provide Plaintiff with notice reasonably in advance of any mediation or formal settlement talks between the parties in the Securities Action or concerning any matters described in Paragraph 3, *supra*, and to the extent practicable shall invite Plaintiff to participate in any such mediation or settlement talks, but if Plaintiff is not invited to participate, Defendants agree to participate in separate settlement talks with Plaintiff as soon as possible thereafter; and

7. The Parties agree and acknowledge that they expressly reserve all challenges and defenses and claims.

Dated: January 25, 2024         Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Melanie M. Blunschi*
   Melanie Blunschi (CA Bar No. 234264)
   Elizabeth J. Cheng (CA Bar No. 342131)
   505 Montgomery Street, Suite 2000
   San Francisco, California 94111
   Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095
   *melanie.blunschi@lw.com*
   *liz.cheng@lw.com*

*Attorneys for Defendants Michael Rapino, Gregory B. Maffei, Maverick Carter, Ping Fu, Jeffrey T. Hinson, Chad Hollingsworth, Jimmy Iovine, James S. Kahan, Randall T. Mays, Latriece Watkins, Rich Paul, Dana Walden and Nominal Defendant Live Nation Entertainment, Inc.*

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By /s/ *Rachelle R. Byrd*
   Rachele R. Byrd (Bar No. 190634)
   Betsy C. Manifold (Bar No. 182450)
   Alex J. Tramontano (Bar No. 276666)
   Ferdeza Zekiri (Bar No. 335507)

|   |   |
|---|---|
| 1 | 750 B Street, Suite 1820 |
| 2 | San Diego, CA 92101 |
|   | Telephone: (619) 239-4599 |
| 3 | Facsimile: (619) 234-4599 |
|   | byrd@whafh.com |
| 4 | manifold@whafh.com |
|   | tramontano@whafh.com |
| 5 | zekiri@whafh.com |

6  TOSTRUD LAW GROUP PC
   Jon A. Tostrud
7  1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
8  Telephone: (310) 278-2600
   Facsimile: (310) 278-2640
9  jtostrud@tostrudlaw.com

10

11 RIGRODSKY LAW PA
   Timothy J. MacFall
12 825 East Gate Boulevard, Suite 300
   Garden City, NY 11530
13 Telephone: (516) 683-3516
   Facsimile: (302) 654-7530
14 tjm@rl-legal.com

15 GRABAR LAW OFFICE
   Joshua H. Grabar
16 One Liberty Place
   1650 Market Street, Suite 3600
17 Philadelphia, PA 19103
   Telephone: (267) 507-6085
18 Facsimile: (267) 507-6048
   jgrabar@grabarlaw.com
19
   *Attorneys for Plaintiff*
20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

STIPULATION REGARDING
STAY OF DERIVATIVE ACTION
CASE NO. 2:23-cv-09520-KK (ASx)

**SIGNATURE ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

DATED: January 25, 2024                    */s/* Melanie M. Blunschi
                                                           Melanie M. Blunschi

LATHAM & WATKINS LLP
ATTORNEYS AT LAW