BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARK STEVEN ZWICK, Derivatively on Behalf of Nominal Defendant LIVE NATION ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL RAPINO, GREGORY B. MAFFEI, MAVERICK CARTER, PING FU, JEFFREY T. HINSON, CHAD HOLLINGSWORTH, JIMMY IOVINE, JAMES S. KAHAN, RANDALL T. MAYS, LATRIECE WATKINS, RICH PAUL, and DANA WALDEN, <br><br> Defendants, <br><br> and <br><br> LIVE NATION ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No. 2:23-cv-09520-KK (ASx) <br><br> **JOINT STATUS REPORT** |

|   |   |
|---|---|
| 1 | Plaintiff Mark Steven Zwick ("Plaintiff"), derivatively on behalf of Live Nation Entertainment, Inc. ("Live Nation") and Defendants Michael Rapino, Gregory B. Maffei, Maverick Carter, Ping Fu, Jeffrey T. Hinson, Chad Hollingsworth, Jimmy Iovine, James S. Kahan, Randall T. Mays, Latriece Watkins, Rich Paul, Dana Walden ("Individual Defendants") and Nominal Defendant Live Nation (together with the Individual Defendants, the "Defendants," and together additionally with Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Order dated March 14, 2024. |

On January 26, 2024, the Court entered an Order staying the above-captioned action (the "Derivative Action") "through the final resolution of any and all motion(s) to dismiss the Securities Action . . . ."[1] ECF No. 24. The Court directed that "Plaintiff shall file a status report every 90 days providing information regarding resolution of the related matter(s)." *Id*.

On February 23, 2024, the Court denied the motion to dismiss the Securities Action. *See* Case No. 2:23-cv-06343-KK-AS, ECF No. 52.

On March 14, 2024, the Court entered an Order further staying the Derivative Action in its entirety:

> through the final resolution of the Securities Action (including, but not limited to, a dismissal with prejudice pursuant to a dispositive motion or final approval of a class settlement), meaning that the Securities Action is adjudicated and closed and any appeals have concluded, or the time for seeking appellate review has passed with no further action . . . .

---

[1] The "Securities Action" refers to *Donley v. Live Nation Entertainment, et al.*, Case No. 2:23-cv-06343-KK-AS (C.D. Cal.), which is presently pending before this Court.

ECF No. 26, ¶ 1.  That Order further provided that the Parties shall meet and confer every 90 days to determine if, in the interests of judicial economy, the Derivative Action should remain stayed and that "the Parties shall submit to the Court a status report and recommendation as to whether the Action should remain stayed . . . ."  *Id*., ¶ 4.

On April 1, 2024, the Court entered a Civil Trial Scheduling Order in the Securities Action.  *See* Case No. 2:23-cv-06343-KK-AS, ECF No. 61.

On April 29, 2024, after the Parties met and conferred regarding the status of the Securities Action, the Parties filed a Joint Status Report recommending that the Derivative remain stayed based on the pendency of the Securities Action without final resolution.  ECF No. 28.

On June 21, 2014, Plaintiff John Williams filed a shareholder derivative action on behalf of Live Nation captioned *Williams v. Carter, et al.*, Case No. 2:24-cv-05225-KK-AS (C.D. Cal.), marking that case as related to the Securities Action.

On July 22, 2024, after the Parties met and conferred regarding the status of the Securities Action, the Parties filed a Joint Status Report recommending that the Derivative remain stayed based on the pendency of the Securities Action without final resolution. ECF No. 29.

On October 24, 2024, after the Parties met and conferred regarding the status of the Securities Action, the Parties filed a Joint Status Report recommending that the Derivative Action remain stayed based on the pendency of the Securities Action without final resolution. ECF No. 31.

On December 13, 2024, the parties in Securities Action filed a Joint Stipulation for Stay Pending Settlement, indicating that the parties had reached a settlement of the Securities Action.  *See* Case No. 2:23-cv-06343-KK-AS, ECF No. 80.  Accordingly, the parties in the Securities Action requested that the Court enter an order providing that "all outstanding deadlines in this Action are hereby stayed

pending the Parties' formal agreement to, and the Court's approval of, the proposed settlement." *Id*.

On December 16, 2024, the Court in the Securities Action entered an Order granting the Joint Stipulation and ordering that "all outstanding deadlines in this Action are hereby stayed pending the Parties' formal agreement to, and the Court's approval of, the proposed settlement." *See* Case No. 2:23-cv-06343-KK-AS, ECF No. 81.

On March 21, 2025, the Lead Plaintiff in the Securities Action filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* Case No. 2:23-cv-06343-KK-AS, ECF Nos. 88-89. On April 18, 2025, the Court in the Securities Action took the Motion for Preliminary Approval of Class Action Settlement under submission. *Id*., ECF No. 91.

On April 21, 2025, the Parties met and conferred regarding the status of the Securities Action. The Parties recommend that the Derivative Action remain stayed based on the pendency of the Securities Action without final resolution. If there has been no decision on final approval of the settlement in the Securities Action within 90 days of this Joint Status Report, the Parties shall further meet and confer regarding their recommendation regarding the continuance of the stay of the Derivative Action. If there has been a decision on final approval of the settlement in the Securities Action before that time, the Parties shall meet and confer and submit a joint proposed schedule in the Derivative Action.

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

Dated: April 25, 2025

By: /s/ *Alex J. Tramontano*
ALEX J. TRAMONTANO

Betsy C. Manifold (Bar No. 182450)
Rachele R. Byrd (Bar No. 190634)
Alex J. Tramontano (Bar No. 276666)

750 B Street, Suite 1820  
San Diego, CA 92101  
Telephone: (619) 239-4599  
Facsimile: (619) 234-4599  
manifold@whafh.com  
byrd@whafh.com  
tramontano@whafh.com  

**TOSTRUD LAW GROUP PC**  
Jon A. Tostrud  
1925 Century Park East, Suite 2100  
Los Angeles, CA 90067  
Telephone: (310) 278-2600  
Facsimile: (310) 278-2640  
jtostrud@tostrudlaw.com  

**RIGRODSKY LAW PA**  
Timothy J. MacFall  
825 East Gate Boulevard, Suite 300  
Garden City, NY 11530  
Telephone: (516) 683-3516  
Facsimile: (302) 654-7530  
tjm@rl-legal.com  

**GRABAR LAW OFFICE**  
Joshua H. Grabar  
One Liberty Place  
1650 Market Street, Suite 3600  
Philadelphia, PA 19103  
Telephone: (267) 507-6085  
Facsimile: (267) 507-6048  
jgrabar@grabarlaw.com  

*Attorneys for Plaintiff*

**LATHAM & WATKINS LLP**

Dated: April 25, 2025         By: /s/ *Melanie Blunschi*  
Melanie Blunschi (CA Bar No. 234264)  
Elizabeth J. Cheng (CA Bar No. 342131)  
505 Montgomery Street, Suite 2000  
San Francisco, CA 94111  
Telephone: +1.415.391.0600  
Facsimile: +1.415.395.8095  
melanie.blunschi@lw.com  
liz.cheng@lw.com

|   |   |
|---|---|
| | *Attorneys for Defendants Michael Rapino, Gregory B. Maffei, Maverick Carter, Ping Fu, Jeffrey T. Hinson, Chad Hollingsworth, Jimmy Iovine, James S. Kahan, Randall T. Mays, Latriece Watkins, Rich Paul, Dana Walden and Nominal Defendant Live Nation Entertainment, Inc.* |

\* \* \*

## SIGNATURE ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: April 25, 2025                     /s/ Alex J. Tramontano
                                          ALEX J. TRAMONTANO